**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
AARON D. CUELLAR, ESQ.
Nevada Bar No. 16835
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
cuellara@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| FRANK JOSEPH PERONE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a corporation; DOE EMPLOYEE; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.:   2:25-cv-00322-RFB-EJY<br><br>~~PROPOSED~~ **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by all parties, by and through their respective counsel of record, hereby submit Stipulation and Order to Extend the Discovery Plan and Scheduling Order (First Request) pursuant to LR IA 6-1 and LR 26-3 as follows:

**I.     Procedural History**

This matter involves allegations that Plaintiff sustained injury when an employee of defendant struck Plaintiff in the back of his ankle at the Dollar Tree store located at 4430 North Rancho Drive, Las Vegas, Nevada. On December 13, 2024, Plaintiff filed his complaint against Defendant in the Eighth Judicial Court for Clark County, Nevada. Defendant filed their answer on January 6, 2025. Defendant filed their federal removal on February 18, 2025. The parties participated in a Rule 26(f) conference on March 24, 2025.

## II. Discovery Completed

**A. DISCOVERY COMPLETED**

1. Plaintiff's Initial List of Witnesses and Production of Documents
2. Plaintiffs First Supplemental List of Witnesses and Production of Documents
3. Plaintiff's Second Supplemental List of Witnesses and Production of Documents
4. Defendant's Initial List of Witnesses and Production of Documents
5. Defendant's First Supplemental List of Witnesses and Production of Documents
6. Plaintiff have propounded written discovery, including requests for admissions, interrogatories, and requests for production to Defendant.
7. Defendant responded to Plaintiff's written discovery
8. Defendant has propounded written discovery, including requests for admissions, interrogatories, and requests for production to Plaintiff
9. Plaintiff has responded to Defendant's written discovery.
10. Exchanged expert report disclosures and rebuttal disclosures
11. Plaintiff has conducted a FRCP 30(b)(6) deposition of Defendant.
12. Defendant has conducted deposition of Plaintiff

**B. Discovery in Progress**

1. Depositions of Defendant's two expert witnesses are scheduled on November 3, 2025 and November 6, 2025.
2. Defendant is in progress of scheduling Plaintiff's expert witness, which will likely take place on November 12, 2025.

**C. Remaining Discovery**

1. Deposition of fact witnesses;
2. Depositions of Plaintiff's treating providers;
3. Inspection of subject premises;
4. Additional FRCP 26 Disclosures
5. Additional Written Discovery

KRB/20065-17

6. A possible second FRCP 30(b)(6) deposition of Defendant, which is currently being conferred between counsels.

7. A possible deposition of person with most knowledge of third-party insurance claim administrator, which is currently being conferred between counsels.

This is a complex negligence claim. Plaintiff is also still treating for alleged injuries sustained in the incident. As such, additional medical records are being gathered and disclosed as quickly as possible. This extension is also being made to afford Parties the opportunity to attempt to settle this matter.

With the current discovery deadlines rapidly approaching, the parties have agreed to a sixty (60) day discovery extension to complete the remaining discovery as well as any necessary motion practice.

### III. Proposed Discovery Schedule and Trial Date

| EVENT DEADLINE | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Discovery | November 17, 2025 | **January 16, 2026** |
| Dispositive Motions | December 17, 2025 | **February 16, 2026** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3  KRB/20065-17

This is the first request for an extension of time in this matter and no trial date will be impacted by the extension as no such trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

DATED this 30th day of October 2025.	DATED this 30th day of October, 2025.

HALL & EVANS, LLC	DE CASTROVERDE LAW GROUP

*/s/ Kurt R. Bonds*	*/s/Ryan Samano*
KURT R. BONDS, ESQ.	RYAN SAMANO, ESQ.
Nevada Bar No. 6228	Nevada Bar No. 15995
1160 North Town Center Drive	1149 S. Maryland Pkwy
Suite 330	Las Vegas, NV 89104
Las Vegas, Nevada 89144	*Attorneys for Plaintiff*
*Attorneys for Defendants*

**Perone v. Dollar Tree Stores, Inc.**
**2:25-cv-00322-RFB-EJY SAO to**
**Extend Discovery Plan and**
**Scheduling Order (First Request)**

**ORDER**

**IT IS SO ORDERED.**

DATED this  30th  day of  October , 2025

United States Magistrate Judge

KRB/20065-17