**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
gruberh@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| FRANK JOSEPH PERONE, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a corporation;<br>DOE EMPLOYEE; DOES I-X, inclusive, and<br>ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | Case No.:   2:25-cv-00322-RFB-EJY<br><br><br>**STIPULATION FOR DISMISSAL<br>OF ALL CLAIMS WITH<br>PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, FRANK JOSEPH PERONE, and Defendant, DOLLAR TREE STORES, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff, FRANK JOSEPH PERONE, against Defendant, DOLLAR TREE STORES, INC., be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

///

///

///

///

1                                                    KB/20065-17*

The Parties request that all pending deadlines and hearings currently set regarding the claims asserted by Plaintiff, FRANK JOSEPH PERONE, and Defendant, DOLLAR TREE STORES, INC. in this case be VACATED.

DATED this 18th day of June, 2026.   DATED this 18th day of June, 2026.

DE CASTROVERDE LAW GROUP          HALL & EVANS, LLC

/s/ Ryan Samano                   /s/ Kurt R. Bonds
Alex J. De Castroverde, Esq.       KURT R. BONDS, ESQ.
Nevada Bar No. 6950                Nevada Bar No. 6228
Orlando De Castroverde, Esq.       HARVEY GRUBER, ESQ.
Nevada Bar No. 7320                Nevada Bar No. 6329
Ryan Samano, Esq.                  1160 North Town Center Drive
Nevada Bar No. 15995               Suite 330
1149 S. Maryland Pkwy              Las Vegas, Nevada 89144
Las Vegas, NV 89104                (702) 998-1022
(T): (702) 222-9999                nvefile@hallevans.com
ryan@dlgteam.com                   bondsk@hallevans.com
Attorneys for Plaintiff            gruberh@hallevans.com
                                   Attorneys for Defendant

## ORDER FOR DISMISSAL

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, it is hereby ordered that the Stipulation is approved. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED this 22nd day of June, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

2                          KB/20065-17*